E-FILED
TARRANT COUNTY, TEXAS
3/19/2015 3:11:01 PM
MARY LOUISE GARCIA
COUNTY CLERK
BY: L.S. S.

## NO. <u>2014-006760-1</u>

| | | |
|---|---|---|
| **MARY BROCK A/K/A CINDY BROCK** | § | **IN THE COUNTY COURT AT LAW** |
| **Plaintiff,** | § | **FORT WORTH, TEXAS** |
| | § | |
| **V.** | § | **NO. ONE** |
| | § | |
| **CYNTHIA ANDREWS** | § | |
| **Defendant.** | § | **TARRANT COUNTY, TEXAS** |

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
04/02/2015 11:01:41 AM
DEBRA SPISAK
Clerk

### <u>NOTICE OF APPEAL</u>

Defendant, Cynthia Andrews, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on March 13, 2015.

Cynthia Andrews desires to appeal the judgment of the Court.

This appeal is being taken to the Second Court of Appeals.

This notice is being filed by Cynthia Andrews.

This is an accelerated appeal.

Respectfully submitted,

By: /s/ Renea Overstreet
Texas Bar No. 24066704
Email: rdolaw@gmail.com
2100 N. Main Street, Suite 228
Fort Worth, TX 76164
Tel. (817) 810-9747
Fax. (1-855) 299-5593
Attorney for Defendant
Cynthia Andrews

Page | 1

**CERTIFICATE OF SERVICE**

I certify that on March 19, 2015 a true and correct copy of Defendant's Notice of Appeal was served on Jason K. Naumann electronically through the electronic filing manager.


/s/ Renea Overstreet